IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-244 |
| | ) |
| NICOLE HARRIS | ) |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Nicole Harris, 07924-068, Year of Birth: 1969, Black, Female.

2. Detained by: FPC Alderson, Glen Ray Road, Alderson, WV 24910.

3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Sections 2113(a), 2113(d) and is presently in federal custody at the FPC Alderson Facility, Alderson, WV.

4. The above case is set for a re-sentencing hearing at Pittsburgh, PA on September 6, 2005, at 9:30 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of the FPC Alderson Facility, Alderson, WV has no objection to the granting of this petition.

JAMES H. LOVE
Assistant U.S. Attorney
PA ID No. 39601

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

DATE

UNITED STATES JUDGE

cc: United States Attorney