IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

NICOLE HARRIS

Criminal No. 03-244-003
Electronically Filed

## MODIFIED JUDGMENT ORDER

AND NOW, after consideration of the Government's Motion to Reduce Sentence (document no. 198), said Motion is hereby **GRANTED** and this Court's Judgment and Commitment Order signed on July 15, 2004 as to Nicole Harris is modified as follows:

- Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term equal to the time she has already served.

In all other respects the Judgment and Commitment Order signed on July 15, 2004 remains in full force and effect.

SO ORDERED this 22nd day of September, 2005.

_____
Arthur J. Schwab
United States District Judge

cc:   As listed below

James H. Love, Esquire
United States Attorney's Office
633 U.S. Post Office and Courthouse
Pittsburgh, PA 15219

Michael J. Novara, Esquire
Federal Public Defender's Office
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3716

Federal Bureau of Prisons
Community Corrections Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Room 831
Pittsburgh, PA 15222

United States Marshal's Office
Western District of Pennsylvania

United States Probation Office
Western District of Pennsylvania