# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Nicole Harris                                           Docket No. 03-00244-003

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Nicole Harris, who was placed on supervision by the Honorable Arthur J. Schwab, sitting in the Court at Pittsburgh, Pennsylvania, on the 15th day of July 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall pay restitution to S & T Bank in the amount of $56,814 to be paid at a rate of not less than 10 percent of her gross monthly income.
- The defendant shall provide requested financial information to the probation officer.
- The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior approval unless in compliance with the payment schedule.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer.

**07-15-04:**   Bank Robbery - Assault with a Deadly Weapon; 46 months' imprisonment, followed by 3 years' supervised release.

**09-22-05:**   Resentenced to time served; Judge Schwab; Released from custody, Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $2,669.07 towards restitution. The current balance is $54,144.93. The defendant understands that payments must continue until the balance is paid in full. The case expiration date is September 21, 2008. It appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 03-000244-003 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case. | Executed on   July 7, 2008 |
| _____<br>Arthur J. Schwab<br>U.S. District Judge | _____<br>Romona Clark<br>U.S. Probation Officer<br><br>_____<br>Paul J. Dippolito<br>Supervising U.S. Probation Officer<br><br>Place:  Pittsburgh, Pennsylvania |